PAUL J. FISHMAN
United States Attorney
BY: DAVID MALAGOLD
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-6103

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon.           , U.S.D.J. |
| *Plaintiff,* | : | Criminal No. ~~09-~~ 10-CR-87(JLL) |
| v. | : | CONSENT JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE |
| LOUIS LUYTEN | : | |
| *Defendant.* | : | |

WHEREAS, on ___2-16-10___, the United States filed an Information, Criminal No. 09- , against the Defendant, Louis Luyten, charging him with a violation of Title 21, United States Code, Section 846; and

WHEREAS, on ___2-16-10___, the Defendant, Louis Luyten pled guilty to the one-count Information; and

WHEREAS, pursuant to Title 21 United States Code, Section 853(a)(2) any property used or intended to be used, in any manner or part, to commit, or to facilitate violations of Title 21, United States Code, 846 shall be forfeitable; and

WHEREAS, by virtue of the above, the United States is now entitled to possession of (1) one 1959 Piper Apache, Model No. PA-23-160, Tail Number N4297P, Serial Number 23-1797,

2

Fixed Wing Multi-Engine Aircraft and (2) one 1978 Piper Cherokee, Model No. PA-28-161, Tail Number N9480C, Serial Number 28-7816480, Fixed Wing Single-Engine Aircraft (hereinafter "the Property") because it represents property used or intended to be used, in any manner or part, to commit, or to facilitate violations of Title 21, United States Code, Section 846:

**WHEREAS**, Defendant Louis Luyten acknowledges that the property represents property used or intended to be used, in any manner or part, to commit, or to facilitate violations of Title 21, United States Code, Section 846 as set forth in the Information, and that the Property is therefore subject to forfeiture to the United States pursuant to Title 21 United States Code, Section 853(a)(2). The Defendant, Louis Luyten, waives all interests in and claims to the Property described above, and hereby consents to the forfeiture of the Property to the United States. The Defendant, Louis Luyten, agrees to consent promptly upon request to the entry of any orders deemed necessary by the Government or the Court to complete the forfeiture and disposition of the Property. The Defendant, Louis Luyten, waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of forfeiture in the charging instrument, announcement of the forfeiture in Defendant's presence at sentencing, and incorporation of the forfeiture in the Judgment of Conviction. The Defendant, Louis Luyten, acknowledges that he understands that forfeiture of the Property will be part of the sentence imposed upon the Defendant in this case and waives any failure by the Court to advise Defendant of this, pursuant to Federal Rule of Criminal Procedure 11(b)(1)(J), during the plea hearing. The Defendant, Louis Luyten, hereby waives, and agrees to hold the United States and its agents and employees harmless from, any and all claims whatsoever in connection with the seizure,

forfeiture, and disposal of the Property described above. Defendant waives all constitutional and statutory challenges of any kind to any forfeiture carried out pursuant to this Consent Judgment.

It is hereby **ORDERED, ADJUDGED AND DECREED:**

**THAT** the property, namely (1) one 1959 Piper Apache, Model No. PA-23-160, Tail Number N4297P, Serial Number 23-1797, Fixed Wing Multi-Engine Aircraft and and (2) one 1978 Piper Cherokee, Model No. PA-28-161, Tail Number N9480C, Serial Number 28-7816480, Fixed Wing Single-Engine Aircraft, is hereby forfeited to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853; and

**THAT** pursuant to Title 21, United States Code, Section 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), the United States shall publish notice of this Order and of its intent to dispose of the property in such a manner as the Attorney General may direct, including posting notice on the official internet government forfeiture site www.forfeiture.gov for at least 30 consecutive days; and

**THAT** pursuant to Title 21, United States Code, Section 853(n)(2), any person, other than the Defendant, asserting a legal interest in any of the above-listed forfeited property must file a petition with the Court within **thirty (30)** days of the final publication of notice or of receipt of actual notice, whichever is earlier, and state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and

**THAT** pursuant to Title 21 United States Code, Section 853(n)(3), the petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the

petitioner's acquisition of the right, title, or interest in the property, and any additional facts supporting the petitioner's claim and the relief sought; and

**THAT** the United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified; and

**THAT** the aforementioned forfeited property is to be held by the appropriate United States agency in its secure custody and control until the appropriate disposition of said Property by the United States; and

**THAT** upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

**ORDERED** this  16th  day of

_____
Honorable
United States District Judge

The Undersigned hereby consent
to the entry and form of this
Consent Judgment and Order of Forfeiture:

PAUL J. FISHMAN
United States Attorney

_____        Dated: 2-16-10
DAVID MALAGOLD
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102


_____        Dated: 1/27/10
MICHAEL CALABRO, Esq.
Counsel for the Defendant
Louis Luyten


_____        Dated: 1/27/2010
LUIS LUYTEN
Defendant

6