UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:         JOSE L. LINARES                               Date:   09/02/2010
Court Reporter:   PHYLLIS LEWIS                        Docket No: 2: 10-CR-87-JLL-01

Title of the Case:

UNITED STATES OF AMERICA
v.
LOUIS LUYTEN

Appearances:,
David Malagold, AUSA
James P. Kimball, Attorney for Defendant
Susan Smalley, USPO

Nature of Proceedings:
Sentence: 96 months on Count 1 of the Indictment
Supervised Release: 4 Years on Count 1 Indictment
Special Conditions:
•         DNA Collection
Special Assessment: $100.00 (due immediately)
Fine: Waived
Forfeiture:   Rights/Interest in  two (2) planes
Deft. advised of his right to appeal.
Recommendation to BOP: A facility in/close to Connecticut
Ordered Deft. REMANDED.

Commenced:    10:20 a.m.
Concluded:     11:30 a.m.

                                          Lissette Rodriguez, Courtroom Deputy
                                          to the Honorable Jose L. Linares, U.S.D.J.