

U.S. Department
of Transportation
**Federal Aviation Administration**

Joint Security and Hazardous
Materials Office, East

12 New England Executive Park
Burlington, MA 01803
Telephone: 1(781) 238-7700
Facsimile:  1(781) 238-7716

November 30, 2010

U.S. District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101
Attn: Criminal Records

**RECEIVED**

DEC 0 6 2010

AT 8:30_____M
WILLIAM T. WALSH, CLERK

To whom it may concern:

An official investigation is being conducted by this agency concerning the following individual,

Name: LUYTEN, Louis
DOB: Jan. 18, 1938

We respectfully request that this agency be provided with a certified copy of the judgment showing a final sentence for any convictions at your court. Please forward any and all judgment indexed to this individual. If the original court records are not available; a certified statement by the court will be sufficient.

5 U.S.C. Section 552a requires under certain circumstances, that information by Federal Agencies regarding an individual may be released to that person upon his request. The identity of the agency providing the information may also, under those provisions, be released to the individual unless specifically exempted by request of the agency providing the information.

Sincerely,

*[signature]*

for: Willie J. Gripper Jr.
Director, Joint Security and
Hazardous Materials Office, East

**FOR OFFICIAL USE ONLY**
(Public Availability to be Determined Under 5 USC 552)

## Select A Case

**This person is a party in 4 cases.**

| | | | |
|---|---|---|---|
| 2:09-mj-03536-MF | USA v. LUYTEN et al | filed 03/12/09 | |
| 2:09-mj-03536-MF-1 | LOUIS LUYTEN | filed 03/12/09 | closed 04/07/10 |
| 2:10-cr-00087-JLL | USA v. LUYTEN | filed 02/16/10 | closed 09/02/10 |
| 2:10-cr-00087-JLL-1 | LOUIS LUYTEN | filed 02/16/10 | closed 09/02/10 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/26/2010 11:54:27 | | | |
| PACER Login: | aa2001 | Client Code: | |
| Description: | Search | Search Criteria: | Last Name: luyten First Name: louis |
| Billable Pages: | 1 | Cost: | 0.08 |