Louis Luyten
Allenwood LSCI
PO Box 1000
White Deer, PA 17887-1000

TO: The Court
    NJ District Court
    Newark, New Jersey 07101-0419

RE: Criminal Case # : 2:10-cr-00087-JLL-1
    United States v. Louis Luyten

Motion for Extension of Time to Submit:
MOTION UNDER 28 U.S.C. §2255

Appellant pro SE, in federal custody, is submitting today a motion to vacate, set aside or correct a sentence under 28 USC §2255.

Plaintiff needs more time to put forward his memorandum/brief in support of his said motion.

Appellant pleads the Court to grant him 60 days additional time, that is untill October 30th, 2011 to submit the informal written note in support.

Respectfully submitted today, 30th of August 2011.

*Louis Luyten*
Louis Luyten

Appellant granted 60-day extension to file supporting brief in §2255 motion until October 30, 2011.

SO ORDERED:
DATED: 9-6-11

RECEIVED
SEP 01 2011
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK