UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-1465
_____

UNITED STATES OF AMERICA

v.

LOUIS LUYTEN,

Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(District Court No. 2-10-cr-00087-001)
District Judge:  Honorable Jose L. Linares
_____

Submitted under Third Circuit LAR 34.1 (a)
on September 9, 2013

Before:  RENDELL, JORDAN and GREENAWAY, JR., Circuit Judges

_____

JUDGMENT
_____

This case came on to be heard on the record from the United States District Court

for the District of New Jersey and was submitted under Third Circuit LAR 34.1(a) on

September 9, 2013.

On consideration whereof, is it now here

      **ORDERED and ADJUDGED** by this court that the Judgment of the District

Court entered September 2, 2010, be and the same is hereby **AFFIRMED**.

      All of the above in accordance with the opinion of this Court.


ATTEST:


/s/Marcia M. Waldron
Clerk

Dated: September 26, 2013

2