LOUIS A LUYTEN
35 WILLOW WAY
MANASQUAN NJ 08736

10-87

TO: United States District Court
District of New Jersey
50 Walnut St., Newark NJ 07102

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2018 JUN 13 P 3:35

RE: CASE No 13-1465

June 8, 2018

To the Presiding Judge Jose L. Linares

Your Honor, I am writing to petition the Court for an early release from probation. I have suffered major mental anguish during this probation, I completed 31 months.
I have been leading a law-abiding life and I am complying with my sentence!
Now, being an Octogenarian I would like to return to my native country Belgium to visit with the remainder of my family.
Thank you, your Honor for reading my petition, I will be happy to supply you with additional information if you require so.

Sincerely,

Louis Luyten

LOUIS A. LUYTEN

LOUIS LUYTEN
35 WILLOW WAY
MANASQUAN NJ 08736

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2018 JUN 13 P 3:35

TRENTON NJ 085
11 JUN 2018 PM 4 L

THE CLERK OF
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
50 WALNUT ST NEWARK
NJ 07102

07102-359599

