UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 10-87 |
| vs. | : | Hon. Jose L. Linares |
| LOUIS LUYTEN | : | <u>ORDER</u> |

This matter having been opened to the Court on the application of defendant Louis Luyten for early termination of supervised release, and the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (David E. Malagold, Assistant United States Attorney, appearing), consenting to said application, and it appearing that early termination of supervised release is warranted by the conduct of the offender and in the interest of justice, and after considering the factors set forth in 18 U.S.C. § 3553, the adjustment of defendant, and the factors set forth by the Judicial Conference as listed in the letter from the U.S. Probation officer,

IT IS, therefore, on this 28th day of June, 2018,

ORDERED, that the term of supervised release for defendant Lous Luyten is hereby TERMINATED.

HON. JOSE L. LINARES
United States District Judge

- 1 -